

# THE UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA
### Jacksonville Division

In Re:
ENGELBERT ESPINOSA,

        Debtor.
_____/

Chapter 7
Case No: 3:12-bk-0

## DECLARATION UNDER PENALTY OF PERJURY FOR ELECTRONIC FILING

The undersigned, Engelbert Espinosa, declare under penalty of perjury that:

    1.    I have signed the originals of the documents identified below under penalty of perjury ("Verified Documents").

    2.    The information contained in the Verified Documents is true and correct to the best of my knowledge and belief.

    3.    I understand that the Verified Documents are to be filed in electronic form with the United States Bankruptcy Court in connection with the above captioned case.

AUG 2, 2012
Executed on (Date)

Signature of Debtor, Engelbert Espinosa

### Verified Document(s):

| Full Descriptive Title | Date Executed |
|---|---|
| Voluntary Petition, incl. Exhibit D | 8/2/2012 |
| Summary of Schedules | 8/2/2012 |
| Debtor's Declaration of Schedules | 8/2/2012 |
| Schedules A - J inclusive | 8/2/2012 |
| Statement of Financial Affairs | 8/2/2012 |
| Statement of Intentions | 8/2/2012 |
| Statement of Current Monthly Income | 8/2/2012 |
| Verification of Mailing List | 8/2/2012 |
| Statement of Social Security Number | 8/2/2012 |